IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

HOSEA L. KENDRICK                                                                          PLAINTIFF

v.                                       Civil No. 4:17-cv-04114

PRESTON GLEN, Jail Administrator,
Nevada County, Arkansas; and
JUSTIN HICKEY, Jailer, Nevada
County, Arkansas                                                                          DEFENDANTS

## **JUDGMENT**

For the reasons stated in the Order of even date, the above styled case is **DISMISSED WITH PREJUDICE**.

**DATED**, this 27th day of March 2018.

                                                              /s/ Susan O. Hickey
                                                              Susan O. Hickey
                                                              United States District Judge